No. 258.  WHITCOMBE v. UNITED STATES;

No. 259.  TURNIA v. SAME;

No. 260.  GIORDANO v. SAME; and

No. 261.  MARLO v. SAME.  December 13, 1937.  Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Frederick M. P. Pearse* for petitioners.  *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.  Reported below: 90 F. (2d) 290.

No. 623.  SHEARER v. ZERBST, WARDEN.  December 20, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied.  *Jack Shearer, pro se.*  No appearance for respondent.

No. 628.  DiSTASIO v. MASSACHUSETTS.  December 20, 1937.  Petition for writ of certiorari to the Superior Court of Massachusetts, and motion for leave to proceed further *in forma pauperis,* denied.  *Anthony DiStasio, pro se.  Messrs. Paul A. Dever* and *James J. Ronan* for respondent.

No. 629.  JACKSON v. VIRGINIA.  December 20, 1937.  Petition for writ of certiorari to the Circuit Court for Elizabeth City County, Virginia, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. William Davis Butts* for petitioner.  No appearance for respondent.